KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HONGDI ZHANG, HAIFENG HUA, <br><br>           Plaintiffs, <br><br>   v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; PAUL NOVAK, Director, Vermont Service Center, USCIS; ROBERT S. MUELLER, Director of Federal Bureau of Investigation, <br><br>           Defendants. | No. C 06-5816 JW <br><br> **STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about September 21, 2006. Defendants' answer is currently due on November 27, 2006.

    2. Pursuant to this Court's September 21, 2006 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on January 2, 2007, and attend a case management conference on January 8, 2007.

Stipulation for Extension
C 06-5816 JW

1     3.  The plaintiffs have agreed to give the defendants a 45-day extension of time to file their

2  answer due to the likelihood that this case may be administratively resolved.

3     4.  Accordingly, in order to allow sufficient time for USCIS to answer and prepare a joint case

4  management statement, and possibly administratively resolve the case, the parties hereby

5  respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

6
   Last day to file Defendants' Answer:                    January 11, 2007
7
   Last day to file Joint ADR Certification:               January 22, 2007
8
9  Last day to file/serve Joint Case Management Statement: February 5, 2007

10 Case Management Conference:                             February 12, 2007, at ~~9:00 a.m.~~ 10:00 AM

11 Date: November 27, 2006                Respectfully submitted,

12
                                          KEVIN V. RYAN
13                                        United States Attorney

14
                                                 /s/
15                                        ─────────────────────────
                                          EDWARD A. OLSEN
16                                        Assistant United States Attorney
                                          Attorneys for Defendants
17

18

19                                               /s/
                                          ─────────────────────────
20 Date: November 27, 2006                JUSTIN X. WANG
                                          Attorneys for Plaintiffs
21

22                              **ORDER**

23     Pursuant to stipulation, IT IS SO ORDERED.

24

25 Date:  November 28, 2006
                                          ─────────────────────────
26                                        JAMES WARE
                                          United States District Judge
27

28

Stipulation for Extension
C 06-5816 JW